**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PHILIP I. DOVER and
SHIRLEY A. DOVER,

Plaintiffs,

v.

WMC MORTGAGE CORP., a
California corporation,

Defendant.

Civil No. 01-25 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Eric Crandall, Esq., Crandall Law Office, 275 South 3rd Street, Suite 205, Stillwater, MN 55082, counsel for Plaintiffs.

Eldon Spencer, Jr., Esq., Leonard O'Brien Wilford Spencer & Gale, 55 5th Street, Suite 800, St. Paul, MN 55101 and Eric Cook, Esq., Leonard O'Brien Wilford Spencer & Gale, 100 5th Street, Suite 1200, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: December 6, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed DEC 0 6 2001
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________